UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | NO. 2:23-cv-00350-RSL |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| SECURITY PAVING CO., INC., | |
| Defendant. | |

The parties jointly submitted a stipulation to extend by 30 days defendant's impending April 27 deadline to respond to plaintiffs' complaint.  Good cause appearing therefor, the stipulated relief is granted.  Defendant's deadline to respond is extended by 30 days to May 27 or the first court day thereafter.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge