UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., <br><br> Plaintiff, <br><br> v. <br><br> SECURITY PAVING COMPANY INC., <br><br> Defendant. | CASE NO. C23-350-BAT <br><br> **ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORT INCLUDING TRIAL DATE** |

On July 6, 2023, the Court ordered in its pretrial schedule that discovery be completed by December 15, 2023, and all dispositive motions be filed by February 12, 2024. Dkt. 14. As those deadlines have lapsed, the Court ORDERS:

1. By March 19, 2024, the parties shall submit a joint statement as to whether a bench trial should be set and if so, propose trial dates. If there are matters that should be addressed before a trial date is set, the parties' joint statement shall set forth what those matters are and propose a schedule to resolve them.

DATED this 4th day of March, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PARTIES TO SUBMIT
STATUS REPORT INCLUDING TRIAL
DATE - 1